March 11, 2011

Mr. O. Glenn Weaver
The Law Firm of Glenn Weaver & Assoc.
2020 West Northwest Hwy Suite 116
Grapevine, TX 76051

Sheriff Benny Parkey
Denton County Sheriff's Office
127 North Woodrow Lane
Denton, TX 76205-6397

Honorable Margaret Barnes
367th Judicial District Court
1450 E. McKinney St. 3rd Floor
Denton, TX 76209-4524
Mr. R. William Wood
Wood Thacker & Weatherly PC
400 West Oak Suite 310
Denton, TX 76201

Honorable Jonathan M. Bailey
431st District Court
1450 East McKinney Street
Denton, TX 76209-4524

RE: Case Number: 11-0177
 Court of Appeals Number: 02-11-00088-CV
 Trial Court Number: 2009-50319-367

Style: IN RE DONALD W. DAVIS

Dear Counsel:

 Relator's petition for writ of habeas corpus filed on March 11, 2011,
having been duly considered in chambers, The Supreme Court of Texas ordered
relator be released, conditioned upon $250.00 bond and issued the enclosed
order. The petition for writ of habeas corpus remains pending before this
Court.
 The Supreme Court of Texas requests that the real party in interest
file a response to the petition for writ of habeas corpus in the above-
referenced case. The response is due to be filed in this office no later
than 3:00 p.m., March 28, 2011. PLEASE NOTE Tex. R. App. P. 9.2(b), does
not apply. There is no filing fee associated with this requested response.
 NOTE: Effective February 15, 2010, attorneys must e-mail electronic
copies of petitions, responses, replies, briefs on the merits, amicus
briefs, post-submission briefs, motions for rehearing, and emergency
motions to the Clerk of the Court on the same day that the paper copies are
filed. The electronic copies must be e-mailed to
scebriefs@courts.state.tx.us. For more details, see the Court's Order
Requiring Electronic Documents in the Supreme Court of Texas at
http://www.supreme.courts.state.tx.us/miscdocket/10/10906500.PDF.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

|cc:|Ms. Sherri |
| |Adelstein |
| |Ms. Debra Spisak |